02-13-011-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00011-CV

 

 


 
 
 In
 re Curtis Lee Sheppard, Jr.
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 Original
 Proceeding
  
 From 78th District Court
  
 of
 Wichita County (48,429-B)
  
 January
 11, 2013
  
 Per
 Curiam
 
 


 

 

JUDGMENT

 

          This
court has considered relator’s petition for writ of mandamus
and is of the opinion that the petition should be dismissed for lack of
jurisdiction.  Accordingly, relator’s petition for writ of mandamus
dismissed for lack of jurisdiction.

 

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER
CURIAM

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-13-00011-CV

 

 


 
 
 In re Curtis Lee Sheppard, Jr.
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator’s petition for writ of
mandamus and is of the opinion that the petition should be dismissed for lack
of jurisdiction.  Accordingly, relator’s petition for writ of mandamus is
dismissed for lack of jurisdiction.

 

 

PER
CURIAM

PANEL:  LIVINGSTON, C.J.;
WALKER and MEIER, JJ.

DELIVERED:  January 11, 2013









          [1]See
Tex. R. App. P. 47.4, 52.8(d).